UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED

JUL 2 - 2003

NANCY MAYER-WHITTINGTON, CLERK
U S DISTRICT COURT

| | |
|---|---|
| ROBERT LEDERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 99-3359 (RWR) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the federal defendants' motion to dismiss or for summary judgment [119] be, and hereby is, DENIED as to the First Amendment claim and GRANTED as to the FTCA claim. It is further

ORDERED that the District of Columbia defendants' motion to dismiss [120] be, and hereby is, GRANTED. It is further

ORDERED that plaintiff's motion for partial summary judgment on the First Amendment claim [121] and motion for amended permanent injunction [131] be, and hereby are, GRANTED.

This is a final appealable order.

-2-

SIGNED this __1st__ day of __July__, 2003.

_____/s/ RW Roberts_____
RICHARD W. ROBERTS
United States District Judge